■ JEFFREY ROTH et al., Respondents, v STEPHEN ROTH JEWELERS, INC., et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Nassau County (Lockman, J.), dated August 29, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lockman at the Supreme Court. Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.